JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United National Insurance Company,<br><br>    Plaintiffs,<br><br>vs.<br><br>Douglas G. Gray, et al.,<br><br>    Defendants. | CASE NO. CV 07-04998-MMM(SHx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: February 15, 2008

                                            MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE